IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | | |
|---|---|---|
| United States of America | ) | Cr. Nos. 6:92-146-HMH |
| | ) | 6:93-160-HMH |
| vs. | ) | |
| | ) | **OPINION & ORDER** |
| Joseph Andrew Sadler, | ) | |
| | ) | |
| Defendant. | ) | |

The court has received correspondence requesting a further reduction of the Defendant's sentence pursuant to Amendment 706 of the United States Sentencing Guidelines. U.S.S.G. App. C Amend. 706 (Nov. 1, 2007). The request is denied.

**IT IS SO ORDERED.**

s/Henry M. Herlong, Jr.
United States District Judge

Greenville, South Carolina
March 18, 2009